257 F.2d 816
 Raymond Lester SCOTT
v.
UNITED STATES of America.
 No. 5833.
 United States Court of Appeals Tenth Circuit.
 July 8, 1958.
 
 Appeal from the United States District Court for the District of Wyoming.
 Harry Williams, Denver, Colo., for appellant.
 John F. Raper, Jr., U. S. Atty., and William G. Walton, Asst. U. S. Atty., Cheyenne, Wyo., for appellee.
 Before BRATTON, Chief Judge, and MURRAH and BREITENSTEIN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed without written opinion.